# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1643
LT Case No. 2007-CF-14726
2010-CF-10746
2007-CF-14505

_____

ADRIAN FRANCIS WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Adrian Francis Williams, Milton, pro se.

No Appearance for Appellee.

October 10, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---